UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GLEN STOLL, *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. C05-0262RSM <br><br> ORDER STRIKING <br> ABATEMENT/COUNTERCLAIM |

This matter comes before the Court on plaintiff's request to strike portions of defendant Glen Stoll's Abatement/Counterclaim. (Dkt. #13). Glen Stoll has not yet appeared in this action, and entry of default has been entered against him for that failure. (Dkt. #10). Accordingly, the Court does hereby find and ORDER:

(1) Defendant Glen Stoll's Abatement/Counterclaim (Dkt. #11) is STRICKEN from the record as improper. Glen Stoll has not appeared in this case, and therefore, is prohibited from filing any documents on behalf of himself or any other party to this litigation.

(2) Plaintiff's request to strike portions of the Abatement/Counterclaim is now MOOT, as the Abatement/Counterclaim has been stricken in its entirety.

(3) The Clerk shall direct a copy of this Order to all counsel of record.

DATED this  8th  day of June, 2005.

/s/ Ricardo S. Martinez
RICARDO S. MARTINEZ
United States District Judge

ORDER
PAGE – 1